Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Roxanne M Painter
3553 S. Hermitage, Basement
Chicago, IL 60609
SSN: xxx−xx−6376 EIN: N.A.

Case No. : 14−42555
Chapter : 13
Judge : Carol A. Doyle

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 25, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Roxanne M Painter
    Debtor

Case No. 14-42555-CAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: moneal    Page 1 of 1    Date Rcvd: Nov 25, 2019
                        Form ID: defdso13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db         +Roxanne M Painter,    3553 S. Hermitage, Basement,    Chicago, IL 60609-1357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
        David M Siegel    on behalf of Debtor 1 Roxanne M Painter davidsiegelbk@gmail.com,
         R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Terri M Long    on behalf of Creditor    Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services
         tmlong@tmlong.com,    Courts@tmlong.com
        Tom Vaughn    ecf@tvch13.net,    ecfchi@gmail.com
                                                                                         TOTAL: 4